## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: J.S.A., A MINOR | : | No. 544 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: M.D.E., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.